UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Case No.  CV 11-1214-DSF (PLA)                                    Date  March 31, 2011

Title:  Freddie Evans v. Linda Sanders, Warden

PRESENT:  THE HONORABLE    PAUL L. ABRAMS
☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:
NONE                                                                    NONE

**PROCEEDINGS:**        **(IN CHAMBERS)**

On February 14, 2011, this Court issued an Order Dismissing Petition With Leave to Amend.  The Order gave petitioner (now referred to as "plaintiff") until February 28, 2011, if he wished to pursue this action, to file a Civil Rights Complaint pursuant to Bivens along with a completed Declaration in Support of Request to Proceed Without Prepayment of Filing Fees, containing a Certificate of Authorized Officer, and a certified copy of plaintiff's trust account for the past six months signed by an authorized officer (or the appropriate filing fee).  The Order expressly admonished plaintiff that if he failed to timely file a Civil Rights Complaint and Request (or the fee), the Court would recommend that the action be dismissed for failure to prosecute, and failure to comply with court orders.  To date, plaintiff has not filed a Civil Rights Complaint.

Accordingly, **no later than April 21, 2011, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and to comply with court orders.  Filing of a Civil Rights Complaint and completed Request (or the full fee) on or before April 21, 2011, shall be deemed compliance with this Order to Show Cause.  Plaintiff's failure to comply with this Order shall result in the Court recommending that this action be dismissed.

cc:    Freddie Evans, Pro Se

Initials of Deputy Clerk      ch