UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FREDDIE EVANS,<br><br>           Plaintiff,<br><br>   v.<br><br>LINDA SANDERS, Warden,<br><br>           Defendant. | No.  CV 11-1214-DSF (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation.  The Court agrees with the recommendations of the magistrate judge.

      ACCORDINGLY, IT IS ORDERED:

      1.    The report and recommendation is adopted.

      2.    Judgment shall be entered consistent with this order.

      3.    The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: 11/7/11

                                    HONORABLE DALE S. FISCHER
                                    UNITED STATES DISTRICT JUDGE