# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FREDDIE EVANS, | No. CV 11-1214-DSF (PLA) |
|     Plaintiff, | **JUDGMENT** |
|   v. | |
| LINDA SANDERS, Warden, | |
|     Defendant. | |

Pursuant to the order adopting magistrate judge's report and recommendation, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute and follow Court orders.

DATED: 11/7/11

/s/ Dale S. Fischer
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE